**Arthur John WATSON v. UNITED STATES.**

No. 6082.

Circuit Court of Appeals, Sixth Circuit.

Dec. 9, 1931.

Leo C. Hartford and Hugh K. Davidson, both of Detroit, Mich., for appellant.

M. G. Miner, Asst. U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

**Albert J. WEATHERHEAD, Jr., d. b. a. The Weatherhead Co. v. Arthur L. PARKER, d. b. a. The Parker Appliance Co.**

No. 5779.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1932.

Richey & Watts, of Cleveland, Ohio, for appellant.

Fay, Oberlin & Fay, of Cleveland, Ohio, and Chas. L. Sturtevant and Eugene G. Mason, both of Washington, D. C., for appellee.

PER CURIAM.

Dismissed, and cause remanded pursuant to motion of counsel.

**Leslie WEAVER v. UNITED STATES of America.**

No. 639.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1932.

B. M. Parmenter, of Oklahoma City, Okl., for appellant.

D. E. Hodges, Asst. U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**Virginia Chase WEDDELL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 3265.

Circuit Court of Appeals, Fourth Circuit.

Jan. 12, 1932.

E. Randolph Williams, of Richmond, Va., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Case docketed and dismissed on motion of petitioner.

**WEED LUMBER CO. et al., Appellants and Cross-Appellees, v. James M. LEAVER, Jr., et al., Appellees and Cross-Appellants.**

No. 6936.

Circuit Court of Appeals, Ninth Circuit.

Aug. 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellees and cross-appellants, ordered appeal dismissed for failure of appellants to file record and docket cause; further ordered cross-appeal dismissed on motion of appellees.